**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| SANDRA CHIN-FONG ) | Case No. 16-19979-KHT |
| #XXX-XX-3138 ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| _____) | |
| ) | |
| SANDRA CHIN-FONG ) | Adversary Proceeding |
| ) | No. 17-1223-KHT |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GREYSTAR REAL ESTATE ) | |
| PARTNERS, LLC , and ) | |
| SOUTHGLENN PROPERTY ) | |
| HOLDINGS, LLC ) | |
| ) | |
| Defendants ) | |

**ORDER APPROVING OF STIPULATION OF SETTLEMENT**

This matter is before the Court on a Motion for Entry of Order Approving of Stipulation of Settlement between Plaintiff, Sandra Chin-Fong and Defendants, Greystar Real Estate Partners, LLC and Southglenn Property Holdings, LLC. Having reviewed the Motion and Stipulation and being fully advised in the premises,

IT IS THEREFORE ORDERED:

That the Stipulation of Settlement is approved by the Court and the terms of the Stipulation are hereby made an Order of this Court.

BY THE COURT:

Dated: **March 28, 2019**

_____
Kimberley H. Tyson
United States Bankruptcy Judge